PROB 22 (Rev12/06)

**TRANSFER OF JURISDICTION**

DOCKET NUMBER *(Tran. Court)*
2:08CR00006-001

DOCKET NUMBER *(Rec. Court)*
CR-08 00497 RMW

FILED
JUL 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Kyle Thomas Louderback<br>Saratoga, California | EASTERN DISTRICT OF VIRGINIA | Norfolk |
| | NAME OF SENTENCING JUDGE<br>The Honorable Robert G. Doumar | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>June 9, 2008 | TO<br>June 8, 2011 |

OFFENSE

Marriage Fraud, in violation of 18 U.S.C. 1325 (c), and 18 U.S.C. 2

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  EASTERN DISTRICT OF VIRGINIA

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

July 17, 2008
Date

/s/ Robert G. Doumar
Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  NORTHERN DISTRICT OF CALIFORNIA

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date

United States District Judge